**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 23-7199**

—————————

MARK A. RICH,

         Plaintiff - Appellant,

    v.

UNKNOWN,

         Defendant - Appellee.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:23-cv-00385-MHL-MRC)

—————————

Submitted:  February 27, 2024                          Decided:  March 1, 2024

—————————

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Mark A. Rich, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark A. Rich seeks to appeal the district court's order dismissing without prejudice his civil complaint for failure to prosecute.  On October 27, 2023, the district court granted Rich's motion for reconsideration, vacated the dismissal order, and reopened the case.  *See Rich v. Unknown*, No. 3:23-cv-00385-MHL-MRC (E.D. Va. Oct. 27, 2023).  Rich's appeal of that dismissal order is therefore moot.  *See Williams v. Ozmint*, 716 F.3d 801, 809 (4th Cir. 2013) ("A case becomes moot when the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome." (internal quotation marks omitted)); *see also Fort Knox Music Inc. v. Baptiste*, 257 F.3d 108, 110 (2d Cir. 2001) (explaining that because "[a] vacated judgment has no effect," an appeal from a vacated judgment is moot).

We therefore dismiss the appeal as moot.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2